UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CLARA LEWIS BROCKINGTON, | ) | Civil Action No.: 4:12-cv-2805-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| PEE DEE COALITION AGAINST | ) | |
| DOMESTIC AND SEXUAL ASSAULT; | ) | |
| ELLEN HAMILTON; DEBBIE BARRETT; | ) | |
| and GLORIA DAVIS, | ) | |
| Defendant. | ) | |

Presently before the Court is Plaintiff's Motion to Amend her Complaint (Document # 40) to dismiss all Defendants except for Defendant Pee Dee Coalition Against Domestic and Sexual Assault and dismiss all causes of action except a cause of action for violation of the Family Medical Leave Act (FMLA). Defendant conditionally consents to the Motion. In particular, Plaintiff's Motion indicates that she intends to move forward with an Americans with Disabilities Act Claim as well as the FMLA claim. However, the proposed Amended Complaint attached to the Motion includes only a cause of action under the FMLA. Defendants represent in their Response to the Motion to Amend that defense counsel spoke with Plaintiff's counsel who confirmed that Plaintiff intended to include only an FMLA cause of action in the Amended Complaint. If this representation is incorrect, Plaintiff should file an objection **within five days of the date of this Order**. If no objection is filed within five days of the date of this Order, the Motion to Amend (Document # 40) will be granted and the Clerk of Court will file the Amended Complaint.

    **IT IS SO ORDERED.**

    s/Thomas E. Rogers, III
    Thomas E. Rogers, III
    United States Magistrate Judge

November 1, 2013
Florence, South Carolina